IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALVIN EARL DUDLEY                                                                    PLAINTIFF

V.                                    3:09CV00218 SWW

JEREMY BONDS, Detective,
Marked Tree Police Department; and
JERRY FOSTER, Detective,
Trumann Police Department                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 14th day of January, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE